UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH RUSHING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:08CV1338 CDP |
| | ) |
| NANCY SIMPSON, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

Plaintiff Joseph Rushing is a detainee at the Missouri Sexual Offender Treatment Center (MSOTC). He has requested that I order MSOTC to allow him access to the internet and to his personal email account so that he may conduct legal research for this case. To support his request, Rushing alleges that MSOTC does not have a law library where he can find the information he needs to support his case. Because I do not know what resources are available to Rushing at MSOTC, I will order defendants to respond to plaintiff's request for internet access. Defendants should submit, along with their response, an affidavit describing in detail the legal materials available to detainees at MSOTC. Accordingly,

**IT IS HEREBY ORDERED** that defendants must, within 15 days of this Order, respond to plaintiff's request for an order requiring MSOTC to provide him

with internet access.  Defendants must provide an affidavit describing, in detail, the legal materials available to detainees at MSOTC.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of February, 2009.