UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH RUSHING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV1338 CDP |
| ) | |
| NANCY SIMPSON, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that defendants must, by **Friday, May 29, 2009**, respond to plaintiff's motion to appoint counsel, notice to the court, and response to defendants' motion for extension of time, all filed by plaintiff on May 20, 2009.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of May, 2009.