UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH RUSHING, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:08CV1338 CDP |
| NANCY SIMPSON, et al., | ) ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that defendants shall have judgment on plaintiff's federal law claims, those claims are dismissed with prejudice, and plaintiff's state law claims are dismissed without prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 11th day of December, 2009.